**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-2610**

_____

RALPH DEMENTRI RANSOM, Doctor,

Plaintiff - Appellant,

versus

JOHN H. DALTON, Secretary of the Navy,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-97-667-A)

_____

Submitted:  June 18, 1998    Decided:  July 2, 1998

_____

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ralph Dementri Ransom, Appellant Pro Se.  Rachel Celia Ballow, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ralph Ransom appeals the district court's order granting summary judgment in favor of his employer, the United States Navy, in his employment discrimination action. Ransom contended that he was retaliated against because of his prior complaints of racial discrimination, when the Navy investigated his involvement in a minor car accident. Ransom fails to show that he suffered any adverse employment action, as required to support a claim of retaliation under Title VII. See Carter v. Ball, 33 F.3d 450, 460 (4th Cir. 1993). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED